IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **COLTON WILLIAMS,**<br><br>        Plaintiff,<br><br>v.<br><br>**MARTY ALLEN, SHAWN EMMONS, and J.P. MILLER,**<br><br>        Defendants. | Civil Action No. 7:13-CV-86 (HL) |

### ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 5) in which he recommends that J.P. Miller be dismissed as a defendant. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. J.P. Miller is dismissed as a defendant. The case will continue against Defendants Allen and Emmons.

**SO ORDERED**, this the 5th day of August, 2013.

        *s/ Hugh Lawson*
        **HUGH LAWSON, SENIOR JUDGE**

mbh