# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**COLTON WILLIAMS**,

    Petitioner,

v.

**MARTY ALLEN and SHAWN EMMONS,**

    Defendants.

Civil Action No. 7:13-CV-86 (HL)

## ORDER

This case is before the Court on a Recommendation (Doc. 43) from United States Magistrate Judge Thomas Q. Langstaff in which he recommends denying Plaintiff's Motion for Temporary Restraining Order against Macon State Prison officials, who are not parties to this action. (Doc. 37).

Plaintiff filed no objections to the Recommendation. The Court reviewed the Recommendation for clear error and finds none. The Recommendation is accepted and adopted. Plaintiff's Motion for Temporary Restraining Order is denied.

**SO ORDERED**, this the 31st day of March, 2015.

                *s/ Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

aks